TIFFANY LENA, ESQ.; SBN 185603
1670 Sagewood Way
San Marcos, CA 92078
telephone: (760) 612-9976
tiffany.lena@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN & APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY ENERGY INC. dba LIBERTY ELECTRIC, STEVEN D. HERIFORD, KRISI HERIFORD and DOES 1 THROUGH 25,<br><br>Defendants. | Civil Case No.: 1:15-CV-01287-JLT<br><br>STIPULATED JUDGMENT AND ORDER THEREON |

WHEREAS, Plaintiffs Board of Trustees of the Kern County Electrical Pension Fund, Board of Trustees of the Kern County Electrical Workers Health & Welfare Trust, and Board of Trustees of the Kern County Electrical Journeyman & Apprentice Training Trust (hereinafter "Plaintiffs") and Defendants Liberty Energy, Inc., Steven D. Heriford and Krisi Heriford (hereinafter "Defendants"), collectively referred to as "the Parties," have agreed to settle this

-1-

lawsuit on the terms set forth in this Stipulated Judgment. The Parties understand that each party has the right to a trial, the right to see a judge at any time and the right not to enter into a settlement.

However, after a review of all the issues, the Parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

On or about August 21, 2015, a civil Complaint was filed against the above-mentioned three Defendants , alleging that Defendants owed a certain sum of money to Plaintiffs for delinquent fringe benefit contributions. Defendants were properly served with the Complaint and Summons on or about September 11 (Steve Heriford and Liberty Energy, Inc.) and September 15 (Krisi Heriford). A Stipulation to Extend Time was filed on or about October 6, 2015 so that the parties could reach agreeable terms of settlement. The Defendants have not filed an Answer to the Complaint. The parties acknowledge that this Court has jurisdiction over the subject matter of this action and over each of the parties to this Stipulated Judgment, and that this Court shall retain jurisdiction for the purposes of implementing and enforcing this Stipulated Judgment. The parties hereto agree to present any disputes under this Stipulated Judgment, including without limitation any claims for breach or enforcement of this Stipulated Judgment, exclusively to this Court.

Parties thereby agree that a judgment shall be entered in the sum of $17,163.19 against all Defendants. This sum shall be paid to Plaintiffs over a 24-month period with each periodic payment being made on or before the 10th of each month in the sum of $715.14, except that the final payment shall be in the amount of $714.97. The first payment is due November 10th, 2015.

So long as Defendants make timely payments to Plaintiffs as required by this Stipulated Judgment, Plaintiffs will refrain from engaging in any other methods of enforcing the judgment not described by above. Should Defendants fail to make any payment in the time and manner specified above, the total remaining sum of the judgment shall become immediately due and payable. Upon such default, Plaintiff is authorized to enter a Revised Final Judgment in their favor, if such default continues after ten (10) days written notice to the defaulting party by regular mail for the amount due as demanded, less any sums paid on account, plus accrued interest in the amount of 10% per annum.

DATED: October 27, 2015

Plaintiffs BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN & APPRENTICE TRAINING TRUST

_____
TIFFANY LENA
The Law Office of Tiffany Lena
Attorney for Plaintiffs

DATED:

_____
Defendant STEVE HERIFORD

-3-

STIPULATED JUDGMENT AND ORDER THEREON
CAED Case No.: 1:15-CV-01287-JLT

DATED: _____
Defendant LIBERTY ENERGY, INC.

DATED: _____
Defendant KRISI HERIFORD

IT IS SO ORDERED.

DATED: 11/12/15 _____
The Honorable Jennifer L. Thurston
United States District Court, Eastern Division